**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE COMPASS DIVERSIFIED HOLDINGS SECURITIES LITIGATION | Civil Action No. 3:25-cv-00758 (AWT)<br><br><br><br>March 12, 2026 |

**STIPULATION AND ORDER SETTING SCHEDULE FOR DEFENDANT**
**GRANT THORNTON'S RESPONSE TO THE AMENDED COMPLAINT**

Lead Plaintiff Eastern Atlantic States Carpenters Benefit Funds ("Lead Plaintiff" or "EAS Carpenters") and Grant Thornton LLP ("Grant Thornton") jointly submit for the Court's approval the instant stipulation as to the briefing schedule for Grant Thornton's response to Plaintiff's Amended Complaint for Violations of the Federal Securities Law (the "Amended Complaint") (Dkt. No. 68). Grant Thornton was not a party to the above-captioned action when the Court entered its December 12, 2025 order (the "December 12 Order") (Dkt. No. 67) granting Lead Plaintiff's Consented to Motion for Extension of Time (Dkt. No. 66). Grant Thornton appeared in this matter on March 6, 2025 (Dkt. No. 79-81), and has agreed to be bound by the briefing schedule set forth by the Court in its December 12 Order.

THEREFORE, subject to approval by the Court, Lead Plaintiff and Grant Thornton HEREBY STIPULATE AND AGREE as follows:

1.      Grant Thornton shall move to dismiss, answer, or otherwise respond to the Amended Complaint on or before March 23, 2026;

2.      If Grant Thornton moves to dismiss the Amended Complaint, Lead Plaintiff shall file any opposition to Grant Thornton's motion to dismiss by May 7, 2026;

3.      If Grant Thornton moves to dismiss the Amended Complaint, Grant Thornton shall

file any reply in support of the motion to dismiss by May 28, 2026.

Respectfully submitted,

*/s/ Erica O. Nolan*
HURWITZ SAGARIN & SLOSSBERG, LLC
David A. Slossberg (ct13116)
Erica O. Nolan (ct31097)
135 Broad St.
Milford, CT 06460
(203) 877-8000 (telephone)
(203) 878-9800 (facsimile)
dslossberg@hss.law
enolan@hss.law

*Liaison Counsel for Lead Plaintiff EAS Carpenters and the Proposed Class*

COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll (phv08964)
S. Douglas Bunch (phv209208)
Nathan Weiser (phv209207)
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
(202) 408-4600 (telephone)
(202) 408-4699 (facsimile)
stoll@cohenmilstein.com
dbunch@cohenmilstein.com
nweiser@cohenmilstein.com

Christina D. Saler (phv208825)
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103
(267) 479-5707 (telephone)
(267) 479-5701 (facsimile)
csaler@cohenmilstein.com

*Lead Counsel for Lead Plaintiff Eastern Atlantic States Carpenters Benefit Funds and the Proposed Class*

*/s/ Thomas J. Finn*
Thomas J. Finn (ct20929)
Paula Cruz Cedillo (ct23485)
Snigdha Mamillapalli (ct31142)
**MCCARTER & ENGLISH, LLP**
185 Asylum Street, 36th Floor
Hartford, CT 06103
Tel.: (860) 275-6700
Fax: (860) 724-3397
tfinn@mccarter.com
pcedillo@mccarter.com
smamillapalli@mccarter.com

-and-

Karim Basaria (*pro hac vice* motion forthcoming)
Bruce R. Braun (*pro hac vice* motion forthcoming)
Tommy Hoyt (*pro hac vice* motion forthcoming)
**SIDLEY AUSTIN LLP**
1 S Dearborn Street,
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (212) 853-7036
kbasaria@sidley.com
bbraun@sidley.com
thoyt@sidley.com

*Attorneys for Grant Thornton LLP*

2

It is so ordered.

Dated this 12th day of March 2026, at Hartford, Connecticut

_____/s/AWT_____
Alvin W. Thompson
United States District Judge